AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| SALVADOR ROJAS-ACOSTA | ) | Case No.  4:16MJ07013 SPM |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

FILED
JAN 11 2016
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of ___on or about Jan. 10, 2016___ in the county of ___St. Louis Co., MO___ in the
___Eastern___ District of ___Missouri___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 1952 & 2 | CT. 1 - Interstate trafficking in aid of racketeering (ITAR) |

This criminal complaint is based on these facts:

see attached Affidavit which is incorporated herein by reference.

☐ Continued on the attached sheet.

*Complainant's signature*
DWAYNE E. HAFERKAMP, Special Agent
DHS - ICE - HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: January 11, 2016

*Judge's signature*

City and state: St. Louis, Missouri

Honorable Shirley P. Mensah, U.S. Magistrate Judge
*Printed name and title*